## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DIANA MEY, individually and on behalf
of a class of all persons and entities
similarly situated,

      Plaintiff,

vs.                             Case No. 6:15-CV-109-ORL-18-DAB

HILTON GRAND VACATIONS
COMPANY LLC,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Diana Mey, individually and on behalf of a class of all persons and entities similarly situated, by and through her undersigned attorney, pursuant to Rule 3.08, Local Rules of the United States District Court, Middle District of Florida, hereby provides notice of the settlement of the above referenced action.  Plaintiff requests that the Court enter an order directing that the action be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

      /s/ Robert W. Murphy
      Florida Bar No.:717223
      1212 SE 2nd Avenue
      Ft. Lauderdale, Florida 33316
      Telephone: (954) 763-8660
      Facsimile:  (954)763-8607
      Email:rwmurphy@lawfirmmurphy.com

John W. Barrett, Esquire
*Admitted pro hac vice*
Bailey & Glasser LLP
99 High Street
Suite 304
Boston, Massachusetts 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
Email: jbarrett@baileyglasser.com

Jonathan R. Marshall, Esquire
*Admitted pro hac vice*
Bailey & Glasser LLP
99 High Street
Suite 304
Boston, Massachusetts 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
Email: jmarshall@baileyglasser.com

Anthony Paronich, Esquire
*Admitted pro hac vice*
Broderick Law, P.C.
125 Summer Street
Suite 1030
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
Email: anthony@broderick-law.com

Edward A. Broderick, Esquire
*Admitted pro hac vice*
Broderick Law, P.C.
125 Summer Street
Suite 1030
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
Email: ted@broderick-law.com

        Matthew P. McCue, Esquire
        *Admitted pro hac vice*
        Law Office of Matthew P. McCue
        1 South Avenue
        Natick, Massachusetts 01760
        Telephone: (508) 655-1415
        Facsimile: (508) 319-3077
        Email: mmccue@massattorneys.net

### **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 13, 2015 on Sandra J. Millor, Esquire and Lawrence D. Silverman, Esquire, Akerman LLP, One SE Third Avenue, 25th Floor, Miami, FL 33131 and to Angela C. Agrusa, Esquire and David B. Farkas, Esquire, Liner LLP, 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

        /s/ Robert W. Murphy