# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIANA MEY,**

      **Plaintiff,**

**v.**                                           Case No:   6:15-cv-109-Orl-22DAB

**HILTON GRAND VACATIONS COMPANY, LLC,**

      **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been settled (Doc. No. 30).  Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.   All pending motions are **DENIED** as moot.   The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 16, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record